IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **RACHEL KLEIMAN DASILVA** | * | |
| 8151 Greenspring Valley Road | | |
| Owings Mills, Maryland  21117 | * | |
| | | |
| Plaintiff | * | |
| | | |
| v. | * | |
| | | |
| **EDUCATION AFFILIATES INC.** | * | Civil No. |
| 5026-D Campbell Blvd. | | |
| Baltimore, Maryland  21236 | * | |
| | | |
| Serve on Resident Agent: | * | |
| CSC-Lawyers Incorporating | | |
| Service Company | * | |
| 7 St. Paul Street, Suite 1660 | | |
| Baltimore, Maryland  21202 | * | |
| | | |
| and | * | |
| | | **JURY TRIAL DEMANDED** |
| **ALLSTATE CAREER, INC.** | * | |
| 5026-D Campbell Blvd. | | |
| Baltimore, Maryland  21236 | * | |
| | | |
| Serve on Resident Agent: | * | |
| CSC-Lawyers Incorporating | | |
| Service Company | * | |
| 7 St. Paul Street, Suite 1660 | | |
| Baltimore, Maryland  21202 | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**COMPLAINT AND DEMAND FOR TRIAL BY JURY**

Plaintiff, Rachel Kleiman DaSilva, by her attorneys, Harry M. Rifkin and the Law Offices of Harry M. Rifkin, LLC, sues Education Affiliates, Inc., AllState Career, Inc. and declares and alleges as follows:

1

1. DaSilva is a citizen of the State Of Maryland residing in Baltimore County, Maryland. Until late, 2012 she was the Program Director for Esthetics for the Fortis Institute, a trade name for the school operated by Defendants Education Affiliates, Inc. and AllState Career, Inc.

2. Defendant, Education Affiliates Inc. is a Delaware Corporation with its principal place of business in Baltimore County, Maryland.

3. Defendant AllState Career, Inc. is a Maryland Corporation with its principal place of business in Baltimore County, Maryland.

4. All State Career, Inc. and Education Affiliates, Inc. are related corporations under the same control, used by their officers and directors interchangeably and were variously referred to as DaSilva's employer.

5. This Court has jurisdiction pursuant to The Family and Medical Leave Act of 1993, 29 U.S.C. Section 2617(a)(2). The actions of Defendants herein are willful violations of Section 105 of the Family Medical Leave Act. (29 U.S.C. §2615).

6. DaSilva was employed by Education Affiliates and/or Allstate Career in April, 2009 in the position of Program Director for Esthetics working at the Fortis Institute (f/k/a Medix School West) located at 6901 Security Boulevard, Baltimore, Maryland 21244.

7. DaSilva performed her job in a satisfactory manner throughout her employment.

8. DaSilva completed numerous training courses both before and during her tenure with Respondents.

9. In or about the summer of 2011, Antonio S. daRosa was appointed Campus President for the Fortis Institute where DaSilva worked.

10. Prior to daRosa's appointment, DaSilva was allotted a teacher for the Esthetics program and hired a teacher to teach courses, while she handled curriculum matters, recruitment and other administrative tasks.

11. After daRosa was appointed Campus President, he told her that the teacher would have to be terminated and she would have to teach the courses herself. She was the only Program Director at the Campus who was required to and taught the courses in her program.

12. daRosa encouraged and continued various illegal activities of Education Affiliates and/or AllState Career and changed the policies and practices of them to better control who had access to the information that Education Affiliates and/or AllState Career had. Among the illegal activities, Education Affiliates, AllState Career and daRosa:

   a. Admitted students with felonies or criminal records to Medical Assistance program.

   b. Admitted homeless people or people with mental illness who have had licenses revoked by state agencies.

   c. Graduated students who have not completed externships/or have not accumulated enough hours in their program of study.

   d. Falsified students' hours, accumulated/in addition to grade point average.

13. DaSilva had complained about these illegal activities.

14. In response, in early, 2012, DaSilva was told by Respondents that she could not market her program, Esthetics, any more resulting in a significant decline in enrollment.

15. Despite numerous requests by Claimant for brochures and student cards for Esthetics made in early 2012, daRosa refused to provide them to Claimant. See Exhibit 1.

16. daRosa falsely accused DaSilva of theft from her employer..

17.     daRosa falsely accused DaSilva of not fulfilling her required job duties.

18.     In April, 2012, daRosa falsely accused DaSilva of not providing cleaner for the chairs to be used between customers and accused her of "taking advantage of old people."  See Exhibit 2.

19.     In October, 2012, DaSilva took time off of work at the direction of her physician under the Family Medical Leave Act.  See Exhibit 3.

20.     Immediately upon DaSilva's return to work from her time off under the Family Medical Leave Act, she was variously accused by Respondents of stealing and then of missing a field trip that she was not required to attend.

21.     These accusations were false.

22.     DaSilva was fired without proper notice and without proper cause on the day she returned to work under the Family Medical Leave Act.  See Exhibit 5.

23.     Defendants Education Affiliates and daRosa willfully fired DaSilva for exercising her rights under the Family Medical Leave Act of 1993.

24.     Plaintiff suffered compensable injuries of $250,000.00 as a result of Defendants' deliberate and willful violation of the Family Medical Leave Act of 1993.

WHEREFORE, DaSilva claims compensatory damages, jointly and severally, against Education Affiliates, Inc. and AllState Career, Inc. in the amount of $250,000.00 plus reasonable attorney's fees, reasonable expert witness fees, other costs, punitive damages in the amount of $500,000.00 and such other and further relief as this Court deems necessary and appropriate.

                                                _____/s/_____
                                                Harry M. Rifkin
                                                Law Offices of Harry M. Rifkin, LLC
                                                300 Reisterstown Road
                                                Suite 105
                                                Baltimore, Maryland  21208

(410) 779-9199
(410) 710-6947 (facsimile)
hrifkin@rifkinlaw.net

## DEMAND FOR JURY TRIAL

Plaintiff, DaSilva demands a trial by jury on all issues so triable.

_____/s/_____
Harry M. Rifkin
Law Offices of Harry M. Rifkin, LLC
300 Reisterstown Road
Suite 105
Baltimore, Maryland  21208
(410) 779-9199
(410) 710-6947 (facsimile)
hrifkin@rifkinlaw.net