rachel

**From:** "Rachel Kleiman" <RKleiman@edaff.com>
**To:** <rachel1104@verizon.net>
**Sent:** Thursday, April 26, 2012 10:01 AM
**Subject:** FW: brochures and student cards

Rachel Da Silva
Esthetic Program Director
Fortis Institute
410-907-8110 ext.4346
Employers interested in hiring our skilled graduates click here!!

**From:** Tony daRosa
**Sent:** Monday, March 12, 2012 2:51 PM
**To:** Rachel Kleiman; Earl Smith
**Subject:** RE: brochures and student cards

I re-submitted the request but did not hear back.

**From:** Rachel Kleiman
**Sent:** Monday, March 12, 2012 2:35 PM
**To:** Tony daRosa
**Subject:** brochures and student cards

Hello Mr. Da Rosa,

Did we get the approval on our brochures and student cards for Esthetics ?  Dan said he had spoken to you today about reducing the price for us.

Thank you,

Rachel Da Silva
*Esthetic Program Director*
410-907-8110 ext.4346

*[handwritten: Never got cards or Brochures]*

[EXHIBIT 1]

12/7/2012

**From:** "Rachel Kleiman" <RKleiman@edaff.com>
**To:** <rachel1104@verizon.net>
**Sent:** Tuesday, April 24, 2012 7:00 AM
**Subject:** FW: Student complaints

Rachel Da Silva
Esthetic Program Director
Fortis Institute
410-907-8110 ext.4346
Employers interested in hiring our skilled graduates click here!!

**From:** Tony daRosa
**Sent:** Monday, April 23, 2012 8:28 AM
**To:** Rachel Kleiman
**Cc:** Earl Smith
**Subject:** RE: Student complaints

Be that as it may, something must of happened on Friday that made them feel like they had to complain.

Make sure that when you address this with the class you don't come across as threatening, accusatory, or make it seem like there's any type of repercussions for complaining. You should focus on making sure everyone knows where the cleaning product is.

**From:** Rachel Kleiman
**Sent:** Monday, April 23, 2012 8:21 AM
**To:** Tony daRosa
**Subject:** RE: Student complaints

Mr. Da Rosa,

What a shame! We have a full bottle under the sink along with Fantastic and additional bottle of cleaner that is on the utility cart. I will address the class this morning. I would like to know what is meant about taking advantage of old people???

Thank you,

Rachel Da Silva
Esthetic Program Director
Fortis Institute
410-907-8110 ext.4346
Employers interested in hiring our skilled graduates click here!!

**From:** Tony daRosa
**Sent:** Friday, April 20, 2012 3:29 PM
**To:** Rachel Kleiman
**Cc:** Earl Smith
**Subject:** Student complaints

Rachel, I just got off the phone with 3 students (I spoke with 1 but she said her friends were with her). Apparently they

EXHIBIT 2

12/7/2012

were in class this morning and, they claim, that they didn't have the product to clean the chairs after each customer. They said that they reported it to you but you ignored them. They worried about sanitation and us taking advantage of old people. Not a good story!!!

Are we out of product? If so why?
If we're not, what happened this morning that they felt their complaint was ignored?

Let's talk on Monday.

Antonio S. daRosa
President, Fortis Institute
6901 Security Blvd, Suite 21
Baltimore, MD. 21244
tdarosa@edaff.com
Office:  410-907-8110
Cell: 443-591-6738
Fax: 410-265-6936



**FORTIS**
INSTITUTE
Your Life Powered By Learning

Employers interested in Hiring our skilled Graduates click here!!

\* Student's said they never complained \*

An Admissions rep Over heard their conversation and Mr Web - ran to Da Rosia rather than speak to - Director

12/7/2012



# FAMILY AND MEDICAL LEAVE ACT (FMLA) APPLICATION

Employee Name: Rachel Kleinman  Location: Fortis Woodlawn
Job Title: Director of Esthetics  Date: Sept 17th, 2012

I HEREBY REQUEST A FMLA LEAVE OF ABSENCE FOR THE FOLLOWING REASON (CHECK ONE):

✓ Birth/Care of Newborn          ___ Placement/Adoption/Foster Care
___ Health Condition             ___ Health Condition [spouse, child, parent]

FMLA LEAVE TO BEGIN DATE  Sept 17 ANTICIPATED FMLA LEAVE END DATE  10/12/12

I HEREBY REQUEST THE FOLLOWING BENEFITS BE CONTINUED DURING FMLA LEAVE OF ABSENCE:

✓ Medical Insurance

NOTE:
A Leave of Absence request for employee illness or injury is a medical absence may require a certification from a health care provider. Leave of Absence due to a serious health condition of a spouse, child or parent may also a certification from a health care provider.

I understand that my entitlement to such leave is limited to twelve (12) weeks per twelve (12) month period calculated from the beginning of my last FMLA Leave of Absence. I understand that if this request is approved, any extension of the Leave of Absence must be requested and approved in writing, and that failure to return to work at the end of authorized leave will result in termination of employment, unless I have a compelling reason, acceptable to Education Affiliates for inability to return. I understand that if I so elect, Education Affiliation will continue certain benefits during any unpaid portion of my leave, on the same basis as if I had been actively at work, but that my portion of any contributions may be required to be paid in advance.

During any Leave of Absence, an employee does not accrue sick leave or vacation leave and is not eligible for any paid holiday. Misrepresentation in requesting a Leave of Absence may result in disciplinary action, up to and including termination.

I HAVE REVIEWED AND UNDERSTAND THE CONDITIONS OF MY LEAVE OF ABSENCE REQUEST AS STATED ABOVE

Employee's Signature _____  Date: Sept 17th, 2012

Employees request for FMLA is: ___ Approved  ___ Denied

Corporate HR Signature _____  Date _____

EXHIBIT 3

Certification of Health Care Provider for
Employee's Serious Health Condition
(Family and Medical Leave Act)

U.S. Department of Labor
Wage and Hour Division



OMB Control Number: 1235-0003
Expires: 2/28/2015

## SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies.

Employer name and contact: _Rachel Kleinman  cell 443-469-7974_

Employee's job title: _Director of Esthetics_   Regular work schedule: _41 hr work_

Employee's essential job functions: _Run entire esthetic department_

Check if job description is attached: _____

## SECTION II: For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: _Rachel_   _Edelweiss_   _Kleinman_
           First      Middle         Last

## SECTION III: For Completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: _Maria Borodatcheva   11785 Red Run Bl   Owings Mills MD  21117_

Type of practice / Medical specialty: _Internal Medicine_

Telephone: ( _410_ ) _581- 7304_    Fax:( _410_ ) _356-6507_

Page 1                                 CONTINUED ON NEXT PAGE                    Form WH-380-E  Revised January 2009

PART A: MEDICAL FACTS
1. Approximate date condition commenced: __9/13/12__

   Probable duration of condition: __Reevaluate 10/04/12__

   **Mark below as applicable:**
   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   _✓_ No ___ Yes. If so, dates of admission:

   _____

   Date(s) you treated the patient for condition:
   __9/13/12__

   Will the patient need to have treatment visits at least twice per year due to the condition? ___No _✓_Yes.

   Was medication, other than over-the-counter medication, prescribed? ___No _✓_Yes.

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
   ____No _✓_Yes. If so, state the nature of such treatments and expected duration of treatment:
   __cardiologist consult__

2. Is the medical condition pregnancy? _✓_No ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

   Is the employee unable to perform any of his/her job functions due to the condition: _✓_ No ___ Yes.

   If so, identify the job functions the employee is unable to perform:
   __can not concentrate__

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):
   __pt is extremely stressed out c/o chest pain__
   __has depression__

PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No ✓ Yes.

   If so, estimate the beginning and ending dates for the period of incapacity: __Reevaluate 10/4/12__

6. Will the employee need ~~to attend follow-up~~ treatment appointments or work part-time ~~or on a reduced schedule because of the employee's medical condition?~~ ___No ✓ Yes.

   If so, are the treatments or the reduced number of hours of work medically necessary?
   ___No ___Yes.

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:
   __f/u 10/4/12_____

   Estimate the part-time or reduced work schedule the employee needs, if any:

   _____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___No ✓ Yes. — __If has flare ups, pt needs to be seen.__

   Is it medically necessary for the employee to be absent from work during the flare-ups?
   ___ No ___ Yes. If so, explain:

   _____
   _____

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   Frequency         : _____ times per _____ week(s) _____ month(s)

        Duration: _____ hours or ___ day(s) per episode

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

_____
_____
_____
_____
_____

```
GBMC Internal Medicine
       Owings Mill
10085 Red Run Blvd, ste 306
   Owings Mills, MD 21117
      Ph- 410-581-7804
     Fax- 410-356-6507
```

_[signature]_  9/18/12

**Signature of Health Care Provider**          **Date**

### PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

# Sun Life Assurance Company of Canada
## Short Term Disability Claim Packet


Sun Life Financial®

**Employee's Statement**

| Group STD policy number |
| --- |
| 215879 |

### 1 General Information

Sun Life Assurance
Company of Canada
Group STD Claims
P.O. Box 81915
Wellesley Hills, MA 02481

Tel.: 800-247-6875
Fax: 781-304-5599
www.sunlife.com/us

Name of employee (first, middle initial, last): Rachel E. Kleiman   ☐ M  ☑ F
Social Security number: 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
Date of birth (m/d/y): 11/10/1959

Employee street address: 8151 Greenspring Valley Rd
City: Owings Mills
State: MD
Zip code: 21117

Home phone: 410-363-0817
Cell phone: 443-469-7974
Work phone: 410-927-8110 ext 346

Preferred form of contact:
☐ Home phone   ☑ Cell phone
☐ Work phone   ☐ Mail

Name of employer (parent company name): Education Affiliates

### 2 Information About the Condition Causing Your Disability

Last day worked before disability: Sept 13th, 2012
Date first treated by Physician:
Date expected to return to work:  ☐ FT  ☐ PT

Did you require Emergency Room care for your condition?  ☐ Yes ☐ No
If yes, Hospital name:
Date:   Phone:

Were you confined to a hospital for this condition?  ☐ Yes ☐ No
If yes, include the hospital name:   Hospital phone:

Date(s) of confinement:   From:   To:

Select the appropriate type of condition, and provide details:

**☐ Pregnancy**
Expected due date:   Actual due date:
Delivery type:  ☐ Normal  ☐ C-Section
Complications:

**☐ Work-related injury/sickness**
Date of first symptom/injury:
Where occurred:
Cause of injury/sickness:
Do you intend to file for Workers Compensation?  ☐ Yes ☐ No
If yes, what is the status:  ☐ Denied  ☐ Approved  ☐ Pending  ☐ Appealed

**☐ Sickness**  First date of symptom:
Type of sickness:
Have you experienced a symptom in the past?  ☐ Yes ☐ No  Date:

## 2 Employment and Claim Information

Is condition due to injury/sickness caused by patient's employment? ☐ Yes ☐ No ☒ Unknown

| Date hired | Start date of insurance | Date last worked before disability | Hours worked last day |
|---|---|---|---|
| 2/09 | Unknown | Sept 13th, 2012 | 8 hrs |

Employee job title (Attach employee's formal job description)
Director of Esthetics

List employee's major job duties
Run entire Esthetic Department

How would you classify the employee's occupation?
☐ Sedentary (1-10 lbs)   ☐ Light (11-20 lbs)   ☒ Medium (21-50 lbs)   ☐ Heavy (51+ lbs)

Indicate days per week the employee regularly works? ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☒ 5 ☐ 6 ☐ 7

Indicate daily hours the employee regularly works. ☒ 8 ☐ 9 ☐ 10 ☐ Other:

Has employee terminated employment? ☐ Yes ☒ No   If yes, termination date:

Has employee returned to work? ☐ Yes ☒ No   If yes, return date:

If yes, did employee return:   ☐ Full-Time (full-capacity)   ☐ Full-Time (partial capacity)   ☐ Part-Time (attach payroll ledger)

Has Worker's Compensation claim been filed? ☐ Yes ☒ No

Name of Worker's Compensation carrier | Phone number

Attach Return-to-Work slip from physician.

Attach Worker's Compensation Report and Reward/Denial notice.

## 3 Salary and Benefits Information

How was the employee paid? (check one)
☐ Hourly   $ per hour:
☒ Salaried   $ per week: 1387.50

Other work related income:
Commissions $   Bonuses $   Overtime $

How does employee contribute toward the STD premium?
☐ PRE-tax   ☐ POST-tax   ☐ Employee does not contribute

If employee contributes, please provide percentage. Unknown? ____ %

If employee contributes to STD premium, attach a copy of employee enrollment form

## 4 Information About Other Income

Indicate whether the employee is currently receiving, or entitled to receive, benefits from any of these sources.

Check all that apply.

| Source of Income | Payment Amount | Weekly or monthly? | Payment Coverage (M/D/Y) |
|---|---|---|---|
| ☒ Sick pay | $ | ☐ Wkly ☐ Mthly | From: / To: |
| ☐ Salary continuance | $ | ☐ Wkly ☐ Mthly | From: / To: |
| ☐ State Disability | $ | ☐ Wkly ☐ Mthly | From: / To: |
| ☐ Worker's Compensation | $ | ☐ Wkly ☐ Mthly | From: / To: |
| ☐ Unemployment | $ | ☐ Wkly ☐ Mthly | From: / To: |
| ☐ Social Security Disability | $ | ☐ Wkly ☐ Mthly | From: / To: |
| ☐ Other: | $ | ☐ Wkly ☐ Mthly | From: / To: |

## 5 Certification and Signature

I certify that the above statements are true and complete. I have read and understand the Fraud Warning in this packet.

Name of person completing this form: Rachel Heiman
E-mail address: rachel1104@verizon
Title: Director of Esthetic
Phone number: 410-363-0817
Signature (original signature required) X [signature]
Date signed: 9/17/12

## 2 Information About the Condition Causing Your Disability continued

☐ **Motor vehicle accident** - complete only if applicable
Date occurred: _____ Time: _____ ☐ AM ☐ PM
Was a citation issued to you? ☐ Yes ☐ No
If yes, type of citation:

How injury occurred:
Where injury occurred:

Name of your car insurance carrier:
Phone number:

Are you receiving compensation from a car insurance carrier? ☐ Yes ☐ No
If yes, Date:  From: _____ To: _____

☐ **Other injury**
Date occurred:  Where occurred:
How occurred:
Describe type of injury:

## 3 Information About Other Income

Are you currently receiving, or entitled to receive, benefits from any of the following sources?

☐ Sick pay/Salary continuance   ☐ State Disability   ☐ Worker's Compensation
☐ Other:

## 4 Physician Information

Indicate physicians you are seeing or have seen for this condition.

Name of physician: Maria Borodatcheva   Phone: 410-581-7804
Specialty: Internal Medicine   Fax: 410 356-6507

Name of physician: _____   Phone: _____
Specialty: _____   Fax: _____

## 5 Signature

I certify that the above statements are true and complete. I have read and understand the Fraud Warning in this packet.

Employee's signature X: *[signed]*   Date signed: 9/17/12

# Sun Life Assurance Company of Canada
## Short Term Disability Claim Packet


Sun Life Financial®

**Attending Physician's Statement**

Group STD policy number: 215899

### 1 Information About the Patient

Patient is responsible for any costs associated with the completion of this form.

Sun Life Assurance Company of Canada
Group STD Claims
P.O. Box 81915
Wellesley Hills, MA 02481

Tel.: 800-247-6875
Fax: 781-304-5599

www.sunlife.com/us

Name of patient (first, middle initial, last): Rachel Edelweiss Heimoff  ☐ M
Social Security number: 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
Date of birth (m/d/y): 11/10/1959

Name of employer (parent company name): Education Affiliates

Patient home street address: 45151 Green Spring Valley Rd
City: Owings Mills
State: MD
Zip code: 21117

Patient home phone number: 410-363-0817
Patient work phone number: 410-907-8110 ext 4346

### 2 Physician Information

- Complete all sections — any missing information may result in a delay to your patient
- Print clearly
- Fax this form to 781-304-5599 or as instructed by patient

Name of attending physician (first, middle initial, last): Marra [illegible]
Specialty: Internal medicine
Tax ID#:

Street address: 10035 Red Run Blvd, ste 306
Owings Mills, MD 21117
City:
State:
Zip code:

Phone number: Ph- 410-581-7804  Fax- 410-356-6507
Fax number:

List other physicians treating for this condition

| Name of physician: | Phone: |
| Specialty: | Fax: |
| Name of physician: | Phone: |
| Specialty: | Fax: |

### 3 Diagnosis and History

Your response is required and affects the patient's benefit. Failure to complete this information may cause the patient financial hardship due to lack of benefit payments.

Primary Diagnosis (include any complications): palpitations
ICD-9 Code:

Secondary Diagnosis (if applicable): Chest pain, Depression
ICD-9 Code:

Has patient ever had same or similar condition?  ☐ Yes  ☑ No
If yes, date occurred:

If pregnancy, provide the following:
Expected delivery date:    Actual delivery date:
Delivery type:  ☐ Normal  ☐ C-Section

List any complications pre or post delivery that would extend this disability longer than a normal pregnancy.

Is condition due to injury/sickness arising out of patient's employment?  ☐ Yes  ☐ No  ☑ Unknown
possible / likely

Describe objective or abnormal findings and date.

If you need more room, check here ☐ and attach a separate sheet.

☐ X-ray  ☐ EKG  ☐ MRI  ☐ PFT  ☐ Ultrasound  ☐ Other data (e.g. Labs)
Date(s):
Findings:

## 4 Treatment Details

| Start date of disability | Date of first office visit | Date of last office visit | Date of next office visit |
|---|---|---|---|
| 9/13/12 | 9/13/12 | 9/13/12 | 10/4/12 |

Was Emergency Room care required for condition? ☐ Yes ☒ No

| Name of hospital | Date | Phone number |
|---|---|---|
| | | |

Check all that apply and describe type, frequency and treatment
☐ Surgery  ☒ Medications prescribed  ☐ Therapy  ☐ Behavioral intervention  ☐ Other
Date(s):
Procedure/Treatment:
Is patient: ☐ Hospital confined   Date from:   Date to:
☐ House confined   ☐ Bed confined   ☐ Ambulatory
Hospital name:                                                       Phone:

## 5 Restrictions and Limitations

Describe what the patient **can do**.  From: / To:

Describe what the patient **should not do**.  From: / To:
can not work, needs some Rest.

Is patient capable of working with these restrictions/limitations? ☐ Yes ☐ No
☐ Full-Time:  8 hours/day   ☐ Part-Time: ___ hours/day

Indicate class of impairment - As defined in federal dictionary of occupation titles

**Physical Impairment**
☒ Class 1 – No limitation            ☐ Class 4 – Moderate limitation
☐ Class 2 – Slight limitation        ☐ Class 5 – Severe limitation
☐ Class 3 – Medium limitation

**Mental Impairment** (if applicable)   **Current DSM-IV-R diagnosis**
☐ Class 1 – No limitation       Axis I: Depression
☐ Class 2 – Slight limitation   Axis II:
☐ Class 3 – Moderate limitation Axis III:
☒ Class 4 – Marked limitation   Axis IV: Stress at work
☐ Class 5 – Severe limitation   Axis V:

Do you believe this patient is competent to endorse/direct the use of proceeds? ☐ Yes ☒ No

## 6 Return-to-Work

Reassess 10/4/12

Indicate the specific date or recovery period for when the patient will recover sufficiently to perform duties.

- Return to patient's occupation full-time:   Date: _____ -or-
  ☐ 1-2 wks ☐ 2-3 wks ☐ 3-4 wks ☐ 4-5 wks ☐ 5-6 wks ☐ 6-7 wks ☐ 7-8 wks
  ☐ 2 months or more  ☐ Other: ____  ☐ Never

- Return to patient's occupation part-time:   Date: _____ -or-
  ☐ 1-2 wks ☐ 2-3 wks ☐ 3-4 wks ☐ 4-5 wks ☐ 5-6 wks ☐ 6-7 wks ☐ 7-8 wks
  ☐ 2 months or more  ☐ Other: ____  ☐ Never

## 7 Certification and Signature

I certify that the above statements are true and complete. I have read and understand the Fraud Warning in this packet.

Attending Physician Signature (original signature required)
X _[signature]_                                Date 9/13/12

# GBMC

## Greater Baltimore Medical Associates

September 13, 2012

Patient Name: Rachel Kleiman

To Whom It May Concern:

I certify the following statements for the patient listed above.

The patient had an appointment in this office on: 09/13/2012

The patient is under my care for:

The patient is/was <u>unable</u> to return to work/school: from 09/13/2012 through 10/11/2012.

The patient is allowed to return to work/school: on 10/12/2012

The following restrictions apply until __ Further Notice or __ Date __:

    __No restrictions

    __No gym/sports

    __No bending or prolonged standing

    __No lifting over __ pounds

    __No driving

The patient was accompanied to his/her appointment by:

GBMC Internal Medicine
Owings Mill
10085 Red Run Blvd, ste 206
Owings Mills, MD 21117
Ph- 410-581-7804
Fax- 410-356-6507

Page 1 of 2