IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RACHEL KLEIMAN DASILVA,<br><br>    Plaintiff,<br><br>v.<br><br>EDUCATION AFFILIATES, INC., *et al.*,<br><br>    Defendants. | Case No. 1:15-cv-00541-CCB |

**WITHDRAWAL OF APPEARANCE OF JENNIFER L. CURRY
ON BEHALF OF DEFENDANT EDUCATION AFFILIATES, INC.**

Dear Sir/Madam Clerk:

Please withdraw the appearance of Jennifer L. Curry of Jackson Lewis P.C. on behalf of Defendant Education Affiliates, Inc. in the above-captioned action.

                        Respectfully submitted,

                        */s/ Jennifer L. Curry*
                        Jennifer L. Curry
                        JACKSON LEWIS P.C.
                        2800 Quarry Lake Drive, Suite 200
                        Baltimore, Maryland 21209
                        Phone: (410) 415-2029
                        Fax: (410) 415-2001
                        jennifer.curry@jacksonlewis.com

                        *Counsel for Defendant,*
                        Education Affiliates, Inc.

4825-8974-1603, v. 1